IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GECKOSYSTEMS INTERNATIONAL CORPORATION and R. MARTIN SPENCER, | § § § | No. 611, 2014 |
| | § | Court Below: |
|     Defendants Below, | § | |
|     Appellants, | § | Superior Court of the |
| | § | State of Delaware, in and |
|   v. | § | for Kent County |
| | § | |
| HAROLD and BETTE WALLACE, | § | C. A. No. K14A-03-004 |
| | § | |
|     Plaintiffs Below, | § | |
|     Appellees. | § | |

Submitted:  May 20, 2015
Decided:  May 21, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 21st day of May 2015, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of September 29, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice